February 25, 2011

Mr. Timothy Lyle Culberson
The Talaska Law Firm, P.L.L.C.
1415 North Loop West, Suite 200
Houston, TX 77008
Mr. Michael Alan Yanof
Stinnett Thiebaud & Remington, L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, TX 75202-2701

RE: Case Number: 09-0446
 Court of Appeals Number: 05-08-01185-CV
 Trial Court Number: 07-05653-M

Style: DEBBIE STOCKTON, AS PARENT AND NEXT FRIEND OF WILLIAM STOCKTON,
 A MINOR
 v.
 HOWARD A. OFFENBACH, M.D.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |
| |Mr. Peter M. Kelly|